*E-Filed 12/7/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN MATEO ELECTRICAL WORKERS HEALTH CARE TRUST, et al.,<br><br>    Plaintiffs,<br>  v.<br><br>ENGLEHART ELECTRIC COMPANY, INC.,<br><br>    Defendant._____/ | **No. C 09-5661  RS**<br><br>**ORDER FOR INTRA-DISTRICT TRANSFER** |

    Although the complaint herein is captioned for filing in the San Francisco Division and contains allegations showing that venue would be proper in that division or in the Oakland Division, plaintiffs marked the box for this division on the Civil Cover Sheet. Pursuant to Civil Local Rule 3-2(g), the Court finds that this action was improperly assigned to this division and that it should be transferred to the San Francisco or Oakland division under Civil Local Rule 3-2(d).

IT IS SO ORDERED.

Dated: December 7, 2009

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE