*E-Filed 4/7/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN MATEO ELECTRICAL WORKERS HEALTH CARE TRUST; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION 617; SAN MATEO COUNTY ELECTRICAL CONSTRUCTION INDUSTRY RETIREMENT TRUST; SAN MATEO ELECTRICAL WORKERS EDUCATION AND TRAINING PLAN;  Dominic Nolan, as Trustee of the above TRUSTS; and NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION, SAN MATEO CHAPTER,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ENGELHART ELECTRIC COMPANY, INC., an entity,<br><br>    Defendant. | Case No.  C-09-5661-RS<br><br>[Proposed] CONTINGENT ORDER OF DISMISSAL<br><br>Judge:         Hon. Richard Seeborg<br>Courtroom:  3, 17th Floor<br>Location:     450 Golden Gate Avenue<br>                    San Francisco, CA 94102 |

1  [PROPOSED] ORDER:

2       The parties hereto, having advised the Court that they have agreed to a settlement of this
3  action; IT IS HEREBY ORDERED that this action is dismissed without prejudice, provided,
4  however, that if Plaintiffs certify to this Court, with proof of service of copy thereon the
5  Defendant or its counsel, that the agreed consideration for the settlement has not been paid, the
6  foregoing Order shall be vacated by this Court and this action shall forthwith be restored to the
7  calendar for the sole purpose of the entry of judgment. Plaintiffs may then insert the appropriate
8  amount owed and file the Stipulation for Entry of Judgment referred to above. Judgment will then
9  be entered forthwith.

11 IT IS SO ORDERED.

13 Dated: 4/7/10                                   _____
                                                    U.S. District Court Judge